# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT HOBSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MAJOR JOHN TILLER and )<br>PSYCHOLOGICAL SERVICES )<br>SPECIALIST JODI STEVENS )<br>)<br>Defendants. ) | Case No. 1:18-233 |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on August 20, 2018, and referred to the undersigned as Magistrate Judge on the case. Upon taking the oath of office of District Judge in September 2018, the matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation on October 5, 2018, in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Defendants filed a Motion to Dismiss for Failure to State a Claim [ECF No. 20] on August 8, 2019. Although he was given ample time to do so, Plaintiff did not file an Opposition.

On January 9, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the motion be granted as to Defendant Stevens but denied as to Defendant Tiller. No Objections to the Report and Recommendation were filed.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation thereto, the following order is entered:

1

AND NOW, this 18th day of March, 2020;

IT IS ORDERED that the Motion to Dismiss Plaintiff's Amended Complaint [ECF No.20] is GRANTED as to Defendant Jodi Stevens and DENIED as to Defendant John Tiller.

IT IS FURTHER ORDERED that Jodi Stevens be terminated as a Defendant in this action.

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on January 9, 2020 [ECF No. 24] is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge